United States Courts
Southern District of Texas
FILED

AUG 23 2007

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES TYLER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-06-430 |
| | § | |
| M/V CP NAVIGATOR, *et al*, | § | |
| | § | |
| Defendant. | § | |

**VERDICT OF THE JURY**

**QUESTION 1**

Do you find from a preponderance of the evidence that Plaintiff was injured on October 13, 2003?

Answer "Yes" or "No" Yes

If you answer this Question "No," do not answer any more questions. If you answer this Question "Yes," go on to Question 2.

**QUESTION 2**

Based on a preponderance of the evidence, was the negligence, if any, of Cementnatie a proximate cause of the occurrence or injury?

Answer "Yes" or "No" No

**QUESTION 3**

Based on a preponderance of the evidence, was the negligence, if any, of Plaintiff Charles Tyler a proximate cause of the occurrence or injury?

Answer "Yes" or "No" No

If you have answered Question 2 "Yes" and have also answered Question 3 "Yes," then answer Question 4. Otherwise, go to Question 5.

**QUESTION 4**

Based on a preponderance of the evidence, what percentage of the negligence that caused the occurrence do you find to be attributable to each of those found by you in your answers to have been negligent?

The percentages you find must total 100 percent. The negligence attributable to those named below is not necessarily measured by the number of acts or omissions found.

| | |
|---|---|
| Charles Tyler | ____________% |
| Cementnatie | ____________% |
| TOTAL | ________100__% |

**QUESTION 5**

Based on a preponderance of the evidence, what sum of money, if paid now in cash, would fairly and reasonably compensate Charles Tyler for his injuries, if any, that resulted from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find.

Answer separately, in dollars and cents, for damages, if any. Do not reduce the amounts, if any, in you answers because of the negligence, if any, of Charles Tyler.

a. Loss of earnings, if any, that was sustained in the past:

Answer: ______________________________

b. Loss or earning capacity, if any, that in reasonable probability will be sustained in the future.

Answer: ______________________________

c. Medical care expenses, if any, that were sustained in the past:

Answer: ______________________________

d. Medical care expenses, if any, that in reasonable medical probability will be sustained in the future:

Answer: ______________________________

e. Physical pain and mental anguish, if any, that were sustained in the past:

Answer: ______________________

f. Physical pain and mental anguish, if any, that in reasonable probability will be sustained in the future:

Answer: ______________________

g. Physical impairment, if any, that was sustained in the past:

Answer: ______________________

h. Physical impairment, if any, that in reasonable probability will be sustained in the future:

Answer: ______________________

[redacted]
Foreperson [redacted]

8/23/07
Date