IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES TYLER<br>Plaintiff,<br><br>v.<br><br>M/V CP NAVIGATOR [formerly named M/V CP NAVIGATOR], in rem, Her engines tackle and apparel, *etc.*, in rem, LYKES LINES LTD. L.L.C., CP SHIPS NETHERLANDS, B.V., DAMCO, (NETHERLANDS) B.V., EUROPE, CARGO d.v.b.a., and CEMENTNATIE<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. G-06-430<br>Admiralty Rule 9(H) |

**FINAL JUDGMENT**

BE IT REMEMBERED that this case was called to trial in its order on the Court's Docket on August 21, 2007. At that time, a jury was duly empaneled and sworn. The Parties presented evidence and arguments and the case was submitted to the Jury on August 23, 2007. On that date a verdict was returned and the Court, having polled the Jury, determined there was no conflict in the verdict and received it for filing among the papers of this cause.

Premised upon the findings of the Jury, it is ORDERED, ADJUDGED and DECREED that Plaintiff take nothing by reason of this suit. Judgment is entered in favor of Defendant Cementnatie and Plaintiff's claims against it are dismissed with prejudice. Taxable costs of Court incurred by Cementnatie in connection with this cause are taxed against Plaintiff, for which let execution issue.

The Court has also been informed by the parties that the Plaintiff has settled his claims against Defendants, CP Ships Netherlands, B.V., Lykes Lines Ltd. L.L.C., Damco (Netherlands) B.V., and Europe Cargo d.v.b.a., and that Defendant Damco (Netherlands) B.V. has dismissed it crossclaim against the other Defendants. The Court has been further advised by Intervenor, Ceres Gulf, Inc., that it has resolved its dispute with the Plaintiff regarding the workers'

compensation lien that it had asserted pursuant to section 3 of the Longshore and Harbor Workers' Compensation Act, 33 USC § 933.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff take nothing against CP Ships Netherlands, B.V., Lykes Lines Ltd. L.L.C., Damco (Netherlands) B.V., and Europe Cargo d.v.b.a., and his claims against them are dismissed with prejudice. It is further ORDERED, ADJUDGED and DECREED that the claims of Ceres Gulf, Inc. are dismissed with prejudice.

Since the settlements of the parties and the findings of the Jury in this cause have disposed of all issues and all parties, all of the claims of all of the parties are herewith dismissed with prejudice. This is a Final Judgment.

SIGNED this 23rd day of October 2007.

John D. Rainey

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

BALE & GODKIN, LLP

*/s/ Jeffrey R. Bale*

Jeffrey R. Bale
Attorney in Charge
Federal I.D. 3324
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Telephone: (281) 295-6000
Facsimile: (281) 295-6010
*Attorneys for Defendant, Cementnatie*